# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-04664-WDK(FMOx) | Date | April 12, 2010 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Genoveva De La Fuente et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY TO COURT ORDER

Within ten (10) days of the Court's November 24, 2009 Order, Plaintiff was ordered to file a notice of dismissal and stipulated judgement.  The deadline has elapsed without compliance.  Within ten (10) days of this Order, each party is to show cause in writing why the party should not be sanctioned for its failure to comply with this Court's order.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer   PG